# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EDDIE SCOTT, JR.**
**ADC #136799**                                                                                    **PLAINTIFF**

**VS.**                                    **4:17-CV-00670-BRW**

**ALISA ANTHONY, Parole Officer**                                                    **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of October, 2017.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE